### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>Defendant. | C.A. No. |

### NOTICE OF REMOVAL

Wells Fargo Bank, N.A., as Securities Intermediary ("Securities Intermediary") hereby removes the attached action pending in the Delaware Superior Court (the "Superior Court Action"), to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

1. On June 1, 2020, Plaintiff Columbus Life Insurance Company ("Columbus Life") filed the Superior Court Action against Securities Intermediary. A copy of the Complaint in the Superior Court Action (together with all initial papers) is attached hereto as Exhibit A.

2. This Court has jurisdiction over the Superior Court Action under 28 U.S.C. § 1332(a) because (i) there is complete diversity of citizenship between Plaintiff Columbus Life and Defendant Securities Intermediary, and (ii) the matter in controversy exceeds the value of $75,000, exclusive of interest and costs.

3. Columbus Life is a citizen of the State of Ohio. *See* Ex. A, Compl. ¶ 1.

4. Securities Intermediary is a citizen of the State of South Dakota as it is a national banking association organized under federal law with its principal place of business in South Dakota. *See* Ex. A, Compl. ¶ 2.

5. Columbus Life disputes the validity of a life insurance policy with a $1 million death benefit that it issued and has accepted premiums on since that time, meaning that the matter in controversy exceeds the value of $75,000. *See* Ex. A, Comp. ¶¶ 14, 23, 36, 37, 43.

6. Columbus Life served Securities Intermediary with a Summons and a copy of the Complaint on June 9, 2020.

7. This Notice of Removal is being filed within 30 days of June 9, 2020. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of Delaware is the federal judicial district that embraces the entire State of Delaware.

9. By this Notice of Removal, Securities Intermediary does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Securities Intermediary intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses and rights.

Dated: June 22, 2020

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Defendant Wells Fargo Bank, N.A., as Securities Intermediary*