# Exhibit B

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>    Defendant. | C.A. No. N20C-06-013 PRW CCLD<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on June 22, 2020, defendant Wells Fargo Bank, N.A., as Securities Intermediary, filed a notice of removal of the above-captioned matter in the United States District Court for the District of Delaware. A true and correct copy of that Notice is attached hereto.

Dated: June 22, 2020

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Defendant*